■ LAURIE LONG, as Administratrix of the Estate of JEREMY HENDERSON, Deceased, Appellant, v NIAGARA FRONTIER TRANSPORTATION AUTHORITY et al., Respondents. (Appeal No. 2.) [918 NYS2d 906]—Appeal from an order of the Supreme Court, Erie County (Paula M. Feroleto, J.), entered April 15, 2010 in a wrongful death action. The order denied the motion of plaintiff to set aside a jury verdict as against the weight of the evidence.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Smith, Lindley, Green and Martoche, JJ.